UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:20-CR-00074-7-JRG-CRW |
| | ) | |
| CHRISTY MYERS | ) | |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 92]. Magistrate Judge Wyrick recommends the Court grant the United States' Motion for Review of Release Order [Doc. 32]. Defendant has not timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(a).[1]

After carefully reviewing the record, the Court agrees with Magistrate Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(a). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, the United States' Motion for Review of Release Order [Doc. 32] is **GRANTED**, and Defendant is hereby **ORDERED** to remain detained pending trial.

So ordered.

ENTER:

                                                                                                           s/J. RONNIE GREER
                                            UNITED STATES DISTRICT JUDGE

---

[1] Defendant moved for "an extension of time of two days up to and including December 9, 2020 to file any objections to the Report and Recommendation," [Def.'s Mot., Doc. 101, at 1], and the Court granted her motion, [Order, Doc. 102, at 1]. To date, however, she has filed no objections.